IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AARON JEROME HEIDELBERG, 140165, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 18-0271-TM-N |
| CITY OF MOBILE POLICE DEPT., *et al.*, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the order of the court entered on this date adopting the Recommendation of the Magistrate Judge, it is the **ORDER**, **JUDGMENT** and **DECREE** of the court that this case is **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 11th day of October 2018.

/s/ TERRY F. MOORER
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE